UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARON ELAINE HILL,

    Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Civil Action No.
08-CV-14382

HON. BERNARD A. FRIEDMAN

## ORDER ACCEPTING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is presently before the court on the parties' cross motions for summary judgment [docket entries 11, 16]. Magistrate Judge Mona K. Majzoub has submitted a Report and Recommendation ("R&R") in which she recommends that the court deny plaintiff's motion and grant defendant's motion. Neither party has filed objections to the R&R.

Having reviewed the parties' motions, the administrative record and the R&R, the court is persuaded that the magistrate judge has correctly analyzed all of the issues and that her recommendation is sound. Accordingly,

IT IS ORDERED that Magistrate Judge Majzoub's R&R is hereby accepted and adopted as the findings of the court.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is granted.

                                    S/Bernard A. Friedman
                                    Bernard A. Friedman
                                    United States District Judge

Dated:  October 23, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 23, 2009, by electronic and/or ordinary mail.

                                    S/Carol Mullins
                                    Case Manager